No. 03–1150. MISEK-FALKOFF ET VIR *v.* AMERICAN LAWYER MEDIA, INC., ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 03–1151. MONTEFUSCO *v.* DEPARTMENT OF THE ARMY ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1157. NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH *v.* TERRA INDUSTRIES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–1167. RAMOS CALUYA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 03–1176. ROBINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–1179. SHOBANDE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–1190. MCCLURE *v.* WILSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CRESSON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1191. STRUBE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–1201. GALLUZZI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–6028. CARPENTER *v.* JOHNSON, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 03–6030. SHERER *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 03–6480. QUINONES-MONDRAGON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7132. TAYLOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.